UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,                   Case No. 24-50463

      Plaintiff,                              Judge Mark A. Goldsmith

v

CARLO WILSON,

      Defendant.

_____/

## Motion of Attorney Grievance Administrator and Attorney Grievance Commission for the Unsealing of Court Documents

Now comes the Attorney Grievance Administrator and Attorney Grievance Commission, by and through Senior Associate Counsel Emily A. Downey, and requests the unsealing of court documents in case 2:16-cr-20460-2, *USA v Carlo Wilson*, as follows:

1) ECF 213

2) ECF 214

3) ECF 234

The Attorney Grievance Commission, pursuant to MCR 9.108 and 9.109, is the prosecutorial arm of the Michigan Supreme Court for the discharge of its constitutional responsibility to supervise and discipline Michigan attorneys.

The Grievance Administrator and the Attorney Grievance Commission have an interest in the unsealing of the docket entries EDC 213, 214, and 234, and court file materials identified above to assist in its confidential investigation of an attorney.

These documents may then be placed in evidence if a hearing is to take place before the Hearing Panel of the Michigan Attorney Discipline Board.

Wherefore, the Michigan Attorney Grievance Administrator and Michigan Attorney Grievance Commission pray that this Honorable Court grant their motion to Unsealing of court documents. Specifically, ECF 213, 214 and 234.

Dated:  May 15, 2024

Emily A. Downey, P57523
Senior Associate Counsel
Attorney Grievance Commission
755 W. Big Beaver, Suite 2100
Troy, MI   48084
(313) 961-6585