UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CARLO WILSON,

        Defendant.

_____/

Miscellaneous Case No.
24-mc-50463

HON. MARK A. GOLDSMITH

### <u>ORDER REGARDING MOTION TO UNSEAL (Dkt. 1)</u>

The Michigan Attorney Grievance Administrator and Michigan Attorney Grievance Commission have filed a motion (Dkt. 1) to unseal certain filings in <u>United States v. Carlo Wilson</u>, 16-cr-20460, viz. Dkts. 213, 214, and 234.  The docket reflects that notice of the motion was given to Government attorneys Robert A. Moran and Andrew Picek, as well as one of Carlo Wilson's former counsel, Jacqueline K. Walsh.  The docket does not show that notice was given to Wilson's other former counsel, Marc R. Lakin, or Wilson himself (who is no longer represented by counsel in the district court proceeding).  Lakin and Wilson may have an interest in being heard on the question whether the filings should be unsealed.  The movants must, therefore, file a memorandum within 14 days stating whether they have any objection to service of their motion on Lakin and Wilson.

        SO ORDERED.

Dated:  May 30, 2024
        Detroit, Michigan

<u>s/Mark A. Goldsmith</u>
MARK A. GOLDSMITH
United States District Judge

1