UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


UNITED STATES OF AMERICA,

                                        Miscellaneous Case No.
      Plaintiff,                           24-mc-50463

v.                                    HON. MARK A. GOLDSMITH

CARLO WILSON,

      Defendant.
_____/

## ORDER DIRECTING MOVANTS TO EFFECTUATE SERVICE

The Michigan Attorney Grievance Administrator and Michigan Attorney Grievance Commission filed a motion (Dkt. 1) to unseal certain filings in United States v. Carlo Wilson, 16-cr-20460, viz. Dkts. 213, 214, and 234. The docket reflected that notice of the motion was not given to Wilson's former counsel Marc R. Lakin or to Wilson himself. The Court directed the movants to file a memorandum stating whether they have any objection to service of their motion on Lakin and Wilson. 5/30/24 Order (Dkt. 2). The movants filed a memorandum stating that they do not have any objection to service of their motion on Larkin and Wilson. See Resp. (Dkt. 3) at PageID.5.

The Court orders movants to effectuate service of their motion on Larkin and Wilson within 14 days of the entry of this order.


SO ORDERED.


Dated:  July 8, 2024                s/Mark A. Goldsmith
Detroit, Michigan             MARK A. GOLDSMITH
                                     United States District Judge

1