## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

**UNITED STATES OF AMERICA,**

      **Plaintiff,**                                   **Misc. Case No. 24-mc-50463**
                                                **Judge Mark A. Goldsmith**

**v**

**CARLO WILSON,**

      **Defendant.**

_____/

### Proof of Service

STATE OF MICHIGAN   )
                         )ss
COUNTY OF OAKLAND )


Charlene J. Varacalli, being duly sworn, deposes and says that on July 17, 2024, she served a copy of a *Motion of Attorney Grievance Administrator and Attorney Grievance Commission for the Unsealing of Court Documents,* upon the following via regular U.S. Mail:

**Carlos Wilson, 54819-039**
**FCI Victorville Medium I**
**FEDERAL CORRECTIONAL INSTITUTION**
**P.O. Box 3725**
**Adelanto, CA  92301**

**Marc R. Lakin, Attorney at Law**
**283 E. Frank St.**
**Birmingham, MI  48009**

I declare that the statement above is true to the best of my information, knowledge and belief.


*/s/ Charlene J. Varacalli*
Charlene J. Varacalli
Litigation Assistant